Aleksander Powietrzynski, Esq.
Winston & Winston, P.C.
708 Third Avenue, 5th Floor, Suite 142
New York, NY 10017
Tel: 212-922-9483
Fax: 212-922-9484
alex@winstonandwinston.com
*Attorneys for Plaintiff Marie F. Conde, M.D.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
MARIE F. CONDE, M.D.,                    Case No.: 1:18-cv-04757-DLI-CLP

               Plaintiff,           **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

      -against-

FRANK R. SEDDIO, ESQ., JOYCE BECKER SEDDIO,

               Defendants.
---------------------------------------------------------------------x

**Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i), the Plaintiff Marie F. Conde, M.D. through their counsel, Winston & Winston, P.C., hereby give notice that the above captioned action is voluntarily dismissed against the defendants Frank R. Seddio, Esq. and Joyce Becker Seddio.

Dated: November 27, 2018
    New York, New York

/s/ Aleksander Powietrzynski
Aleksander Powietrzynski
WINSTON & WINSTON, P.C.
Attorneys for Plaintiff
708 Third Ave, 5th Floor, Suite 142
New York, NY 10017
Tel: (212) 922-9483
Fax: (212) 922-9484
alex@winstonandwinston.com